# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

DANIEL O. DAVIS, INC., et al.

        Plaintiff(s),

      v.

GULF INSURANCE COMPANY, et al.

        Defendant(s).

CASE NO. C 06-07515 CW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE)  (ADR L.R. 5)
      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
   ✓   Private ADR *(please identify process and provider)*  PRIVATE MEDIATION

The parties have agreed to participate in private mediation with a mutually agreeable mediator. The parties have exchanged names of their preferred mediators and will choose the specific mediator at a later date.

The parties agree to hold the ADR session by:
      the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

   ✓   other requested deadline  October 1, 2007

Dated: 02/22/07

Dated: 2/20/07

_Bud/Hol_
Attorney for Plaintiff

_Judith A. Whitehur_
Attorney for Defendant

Case 3:06-cv-07505-CW   Document 9   Filed 02/23/2007   Page 2 of 2

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
      Non-binding Arbitration
      Early Neutral Evaluation (ENE)
      Mediation
✓     Private ADR

Deadline for ADR session
      90 days from the date of this order.
✓     other  October 1, 2007

IT IS SO ORDERED.

Dated: _____2/28/07_____

_____
UNITED STATES DISTRICT     JUDGE