| | |
|---|---|
| 1 | PATRICK W. EMERY, ESQ. (SBN 061050) |
| | BRENDAN M. KUNKLE, ESQ. (SBN 173292) |
| 2 | MATTHEW R. LILLIGREN, ESQ. (SBN 246991) |
| | ABBEY, WEITZENBERG, WARREN & EMERY, P.C. |
| 3 | 100 Stony Point Road, Suite 200 |
| | P.O. Box 1566 |
| 4 | Santa Rosa, CA 95402-1566 |
| | Telephone:   707-542-5050 |
| 5 | Facsimile:    707-542-2589 |

Attorneys for Plaintiffs Daniel O. Davis, Inc., Daniel Davis, Jon Jernigan, Chuck Scoble, Jernigan Family Living Trust, and Scoble Family Trust

JESS B. MILLIKAN, ESQ. (SBN 955400)
SAMUEL H. RUBY, ESQ. (SBN 191091)
JUDITH A. WHITEHOUSE, ESQ. (SBN 198176)
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Tel: (415) 352-2700
Fax: (415) 352-2701

Attorneys for Defendants Gulf Insurance Company, Gulf Insurance Group, Gulf Underwriters Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL O. DAVIS, INC., DANIEL DAVIS, JON JERNIGAN, CHUCK SCOBLE, JERNIGAN FAMILY LIVING TRUST, and SCOBLE FAMILY TRUST | ) ) ) ) ) | No. C 06-07515 CW |
| Plaintiff(s), | ) ) | STIPULATION TO EXTEND TIME TO COMPLETE SPECIFIED DEPOSITIONS AND TO RESET EXPERT AND MOTION DEADLINES; [PROPOSED] ORDER THEREON |
| vs. | ) ) | |
| GULF INSURANCE COMPANY, GULF INSURANCE GROUP, GULF UNDERWRITERS INSURANCE COMPANY, et al. | ) ) ) ) | |
| Defendant(s). | ) | |

Subject to the approval of this Court, IT IS HEREBY STIPULATED by and between the parties through their respective counsel, good cause appearing in the Declaration of plaintiffs' counsel, Matthew R. Lilligren, filed concurrently herewith, that:

-1-

STIPULATION AND PROPOSED ORDER                                C-06-07515 CW

1.     The depositions of Robert Millican, Beth Frey, and the Person Most Knowledgeable for Gulf Insurance Company and Gulf Underwriters Insurance Company will be completed on or before September 14, 2007; all other fact discovery must be completed by the September 4, 2007 date previously set by this Court.

2.     The identities and reports of expert witnesses shall be disclosed by November 7, 2007.

3.     Expert discovery shall be completed by December 7, 2007.

4.     All case-dispositive motions shall be heard on or before February 14, 2008 at 2:00 p.m.

SO STIPULATED:

Dated: August 9, 2007

ABBEY, WEITZENBERG, WARREN & EMERY

By: _____
MATTHEW R. LILLIGREN
Attorneys for Plaintiffs

Dated: August 7, 2007

BULLIVANT, HOUSER, BAILEY, P.C.

By: _____
JESS B. MILLIKAN
SAMUEL H. RUBY
JUDITH A. WHITEHOUSE
Attorneys for Defendants

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 10, 2007

_____
HONORABLE CLAUDIA WILKEN
United States District Court Judge

-2-

STIPULATION AND PROPOSED ORDER          C-06-07515 CW