PATRICK W. EMERY, ESQ. (SBN 061050)
BRENDAN M. KUNKLE, ESQ. (SBN 173292)
MATTHEW R. LILLIGREN, ESQ. (SBN 246991)
ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200
P.O. Box 1566
Santa Rosa, CA  95402-1566
Telephone:    707-542-5050
Facsimile:    707-542-2589

Attorneys for Plaintiffs Daniel O. Davis, Inc., Daniel Davis, Jon Jernigan, Chuck Scoble, Jernigan Family Living Trust, and Scoble Family Trust

JESS B. MILLIKAN, ESQ. (SBN 955400)
SAMUEL H. RUBY, ESQ. (SBN 191091)
JUDITH A. WHITEHOUSE, ESQ. (SBN 198176)
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Tel: (415) 352-2700
Fax: (415) 352-2701

Attorneys for Defendants Gulf Insurance Company, Gulf Insurance Group, Gulf Underwriters Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL O. DAVIS, INC., DANIEL DAVIS, JON JERNIGAN, CHUCK SCOBLE, JERNIGAN FAMILY LIVING TRUST, and SCOBLE FAMILY TRUST<br><br>Plaintiff(s),<br>vs.<br><br>GULF INSURANCE COMPANY, GULF INSURANCE GROUP, GULF UNDERWRITERS INSURANCE COMPANY, et al.<br><br>Defendant(s). | No. C 06-07515 CW<br><br>**STIPULATION OF DISMISSAL; [PROPOSED] ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that the above-referenced action be and hereby is dismissed with prejudice

-1-

STIPULATION AND PROPOSED ORDER                                                      C-06-07515 CW

1  pursuant to FRCP 41(a)(1), with each party to bear its own costs and attorneys' fees.

3  SO STIPULATED:

5  Dated: October 19, 2007           ABBEY, WEITZENBERG, WARREN & EMERY

6                                    By: /s/ Brendan Kunkle
                                         BRENDAN M. KUNKLE
                                         MATTHEW R. LILLIGREN
                                         Attorneys for Plaintiffs

10 Dated: October 18, 2007           BULLIVANT, HOUSER, BAILEY, P.C.

12                                   By: /s/ Judith A. Whitehouse
                                         JESS B. MILLIKAN
                                         SAMUEL H. RUBY
                                         JUDITH A. WHITEHOUSE
                                         Attorneys for Defendants

**ORDER**

17 PURSUANT TO STIPULATION, IT IS SO ORDERED.

18 Dated: October 24, 2007           /s/ Claudia Wilken
                                     HONORABLE CLAUDIA WILKEN
                                     United States District Court Judge

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050  Facsimile: (707) 542-2589